# United States Court of Appeals
## For the First Circuit

03-00461
Rhode Island
R. Lagueux

Nos. 04-1985
04-2312

JOSE GENAO,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

Before

Lynch, Lipez and Howard,
Circuit Judges.

JUDGMENT

Entered: February 23, 2006

Pro se Petitioner Jose Genao requests a certificate of appealability (COA) from the district court's denial of his writ of habeas corpus under 28 U.S.C. §2255. After reviewing the record, we conclude that petitioner Genao has failed to make a "substantial showing of the denial of a constitutional right." 28 U.S.C. §2253(c)(2). The district court's denial of his habeas claims is not debatable among reasonable jurists. Miller-El v. Cockrell, 537 U.S. 322, 336 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000).

The additional claims petitioner seeks to raise for the first time in his COA to this court are precluded because of his failure to bring them before the district court. Dziurgot v. Luther, 897 F.2d 1222, 1224 (1st Cir. 1990). Moreover, Genao's Blakely claim cannot be reviewed collaterally in a §2255 petition. Cirilo-Munoz v. United States, 404 F.3d 527 (1st Cir. 2005)(finding petitions

under §2255 unavailable to advance *Booker* claims in the absence of a Supreme Court rule making *Booker* retroactive).

Accordingly, petitioner's request for a COA is denied and his appeal is terminated.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________
Chief Deputy Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Jennifer Galardo
Deputy Clerk

Date: 4.18.06

[cc: Jose Genao, luis M. Matos, AUSA, Donald Lockhart, AUSA]